# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Davila, Edward J. | **2. Court or Organization**<br><br>U.S. District Court, Northern District, California | **3. Date of Report**<br><br>08/08/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |
| **7. Chambers or Office Address**<br><br>280 South First Street<br>San Jose, CA 95113 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Law Advisory Board | Santa Clara University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 08/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | California Public Employees Retirement System - Pension | $35,465.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | California Public Employees Retirement System - Pension |
| 2. | 2018 | County of Santa Clara - Salary |
| 3. | 2018 | State of California - Salary |
| 4. | 2018 | Replacement Benefit Fund - Pension |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | Chase Bank | Mortgage on Investment Property, Sunnyvale, CA | N |
| 3. | American Express | Credit Card | J |
| 4. | Capital One | Credit Card | None |
| 5. | | Tuition | None |
| 6. | Chase Bank | Credit Card | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | | None | J | T | | | | | |
| 2. Santa Clara County Federal Credit Union Accounts | A | Interest | L | T | | | | | |
| 3. Chase Bank Account | A | Interest | J | T | | | | | |
| 4. Investment Property, Sunnyvale, CA | | None | P1 | W | | | | | |
| 5. Investment Property, Mountain View, CA (X) | | None | P1 | W | | | | | See Note In Part VIII |
| 6. (H) Utah Educational Savings Plan 529 | | | | | | | | | |
| 7. Static Option A | A | Dividend | L | T | Buy (add'l) | 10/22/18 | J | | See Note In Part VIII |
| 8. Static Option A | A | Dividend | L | T | Buy (add'l) | 11/05/18 | J | | See Note In Part VIII |
| 9. Static Option A | | None | L | T | Sold (part) | 08/01/18 | K | | See Note In Part VIII |
| 10. (H) Pershing Account #1 | | | | | | | | | |
| 11. Pershing Govt Account - Money Market Fund | A | Int./Div. | | | Closed | 06/28/18 | K | | See Note In Part VIII |
| 12. Insured Cash Account Program - FIC Insured Bank Deposits | A | Int./Div. | K | T | Open | 06/28/18 | K | | See Note In Part VIII |
| 13. AMCAP Fund Class A, Mutual Fund | D | Dividend | L | T | | | | | |
| 14. American Balanced Fund Class A, Mutual Fund | C | Dividend | L | T | | | | | |
| 15. American High Income Trust Class A, Mutual Fund | D | Dividend | M | T | | | | | |
| 16. The Bond Fund of America Class F-2, Mutual Fund | B | Dividend | L | T | | | | | |
| 17. Capital Income Builder Fund Class A, Mutual Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Capital World Bond Fund Class F-2, Mutual Fund | B | Dividend | K | T | | | | | |
| 19. Capital World Growth and Income Fund Class F-2, Mutual Fund | C | Dividend | L | T | | | | | |
| 20. Fundamental Investors Class A, Mutual Fund | B | Dividend | K | T | | | | | |
| 21. The Growth Fund of America Class A, Mutual Fund | D | Dividend | K | T | | | | | |
| 22. Voya Corporate Leaders 100 Fund, Mutual Fund (Formerly ING CorpLdr100) | B | Dividend | K | T | | | | | |
| 23. The Income Fund of America Class A, Mutual Fund | B | Dividend | K | T | | | | | |
| 24. International Growth and Income Fund Class A, Mutual Fund | A | Dividend | K | T | | | | | |
| 25. The Investment Company of America Class A, Mutual Fund | D | Dividend | L | T | | | | | |
| 26. New Perspective Fund Class A, Mutual Fund | D | Dividend | M | T | | | | | |
| 27. Carter Validus REIT | C | Dividend | J | T | | | | | |
| 28. KBS Real Estate REIT | A | Dividend | J | T | | | | | |
| 29. (H) Pershing Account #2 | | | | | | | | | |
| 30. Franklin Dynatech Fund Class A, Mutual Fund | A | Dividend | J | T | | | | | |
| 31. (H) Pershing Account #3 | | | | | | | | | |
| 32. Pershing Federated Government Reserves - Money Market | A | Int./Div. | | | Closed | 06/28/18 | J | | See Note In Part VIII |
| 33. Bank Deposit Sweep Program, FDIC Insured Bank Deposits | A | Int./Div. | J | T | Open | 06/28/18 | J | | See Note In Part VIII |
| 34. Baron Growth Fund, Mutual Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dodge & Cox Stock Fund, Mutual Fund | A | Dividend | J | T | | | | | |
| 36. (H) Savings Plus 457 Plan | | | | | | | | | |
| 37. Target Date Fund - 2020 | | None | L | T | Buy (add'l) | 01/02/18 | J | | See Note In Part VIII |
| 38. Target Date Fund - 2020 | | None | L | T | Buy (add'l) | 01/31/18 | J | | |
| 39. Target Date Fund - 2020 | | None | L | T | Buy (add'l) | 03/01/18 | J | | |
| 40. Target Date Fund - 2020 | | None | L | T | Buy (add'l) | 04/02/18 | J | | |
| 41. Target Date Fund - 2020 | | None | L | T | Buy (add'l) | 05/01/18 | J | | |
| 42. Target Date Fund - 2020 | | None | L | T | Buy (add'l) | 05/31/18 | J | | |
| 43. Target Date Fund - 2020 | | None | L | T | Buy (add'l) | 07/02/18 | J | | |
| 44. Target Date Fund - 2020 | | None | L | T | Buy (add'l) | 08/01/18 | J | | |
| 45. Target Date Fund - 2020 | | None | L | T | Buy (add'l) | 08/31/18 | J | | |
| 46. Target Date Fund - 2020 | | None | L | T | Buy (add'l) | 10/01/18 | J | | |
| 47. Target Date Fund - 2020 | | None | L | T | Buy (add'l) | 10/31/18 | J | | |
| 48. Target Date Fund - 2020 | | None | L | T | Buy (add'l) | 11/30/18 | J | | |
| 49. Chase Private Client Accounts | A | Interest | L | T | | | | | |
| 50. (H) County of Santa Clara Deferred Compensation Plan | | | | | | | | | |
| 51. Fidelity TRP Inst LgCap Grth | E | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Fidelity Vantage Plus R10 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Davila, Edward J. | 08/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts:

Line 5: Investment Property, Mountain View, CA - Added as a joint tennant on family owned property in August 2018.

Line 7: Utah Educational Savings Plan 529 - Static Option A: Utah Public Treasurers Investment Fund (no control)

Line 7 Column D: Utah Educational Savings Plan 529 - $300.00 contributions made to the account on a bi-weekly basis through 10/22/18 (did not add line-by-line detail of these transactions). Total value of all contributions for 2018 recorded in column D3.

Line 8, Column D: Utah Educational Savings Plan 529 - Bi-weekly contribution amount changed to $416.00 beginning on 11/05/18 (did not add line-by-line detail of these transactions). Total value of all contributions for 2018 recorded in column D3.

Line 9, Column D: Utah Education Savings Plan 529 - Withdrawal taken from account to pay tuition expenses.

Lines 11 & 12: Pershing conversion from Government Account Money Market Fund to Insured Cash Account Program FDIC Insured Bank Deposits on 6/28/18 (no control)

Lines 32 & 33: Pershing conversion from Federated Government Reserves Money Market Fund to Bank Deposit Sweep Program FDIC Insured Bank Deposits on 6/28/18 (no control)

Lines 37 - 48: Savings Plus 457 Plan - $2,000.00 contributions made to the Target Date Fund 2020 on a monthly basis. All monthly detail added to column D.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward J. Davila**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544